neys general, in support of the petition of the named defendant.

*Mark W. Dost,* in support of the petition of the defendant Discount Liquors of Woodbury, Inc., et al.

*Robert F. Kolesnik,* in opposition.

Decided November 7, 1984

MOSES J. NEIDITZ ET AL. *v.* MORTON S. FINE AND ASSOCIATES, INC.

The defendant's petition for certification for appeal from the Appellate Court, 2 Conn. App. 322, is granted.

*Louis B. Blumenfeld,* in support of the petition.

*Jerome E. Caplan,* in opposition.

Decided November 7, 1984

THE HEROLD FUND, INC. *v.* COMMISSIONER OF REVENUE SERVICES

The defendant's petition for certification for appeal from the Appellate Court, 2 Conn. App. 660, is denied.

*Joseph I. Lieberman,* attorney general, and *Ralph G. Murphy,* assistant attorney general, in support of the petition.

*George G. Vest,* in opposition.

Decided November 7, 1984

STEPHEN B. GODDARD *v.* JAMES S. GREENE

The defendant's petition for certification for appeal from the Appellate Court is denied.

*James S. Greene,* pro se, in support of the petition.

*Geoffrey G. Mandley,* in opposition.

Decided November 28, 1984